STATE of Missouri, Respondent,

v.

Nancy MONTPLAISIR, Appellant.

No. 72804.

Missouri Court of Appeals, Eastern District, Division Five.

Nov. 10, 1998.

Gary E. Brotherton, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Catherine Chatman, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before ROBERT G. DOWD, Jr., C.J., KAROHL, J. and CHARLES B. BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

Defendant appeals conviction and sentence on charge of stealing over $150 in violation of section 570.030 RSMo 1994.

We have reviewed the briefs of the parties and the record on appeal and find no error of

law. No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. We affirm the judgment pursuant to Rule 30.25(b). The parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order.